

Christy Schaeffer
Tel. (212) 801-2282
Fax (212) 224-6138
schaefferc@gtlaw.com

July 22, 2015

**VIA ECF**

Hon. Steven I. Locke
US District Court, Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Carson Optical, Inc. v. eBay, Inc.,* No. 15 CV 3793 (KAM)(SIL)

Dear Judge Locke:

We represent defendant eBay, Inc. in the above-referenced action. I am enclosing my Certificate of Good Standing issued by the Supreme Court of the State of California. It appears that this certificate of good standing was inadvertently not attached to my affidavit in support of my motion for admission *pro hac vice*, filed on Tuesday, July 21, 2015, as Document #9.

I apologize for this oversight. This should complete the filing of my motion for admission *pro hac vice* in this action and all supporting materials.

If you have any other concerns regarding the motion or this e-filing, please do not hesitate to contact me. Thank you.

Respectfully Submitted,

Ian C. Ballon

Enclosure

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY*
MIAMI
MILAN"
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME"
SACRAMENTO
SAN FRANCISCO
SEOUL
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV*
TOKYO*
WARSAW"
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

*OPERATES AS
  GREENBERG TRAURIG MAHER LLP
*OPERATES AS
  GREENBERG TRAURIG, SC
"STRATEGIC ALLIANCE
*OPERATES AS
  GREENBERG TRAURIG LLP
  FOREIGN LEGAL CONSULTANT OFFICE
*A BRANCH OF
  GREENBERG TRAURIG, P.A.
  FLORIDA, USA
"OPERATES AS GREENBERG
  TRAURIG HORITSU JIMUSHO
*OPERATES AS GREENBERG
  TRAURIG GRZESIAK SP.K

*NY 245315983v1*

GREENBERG TRAURIG, LLP ▪ ATTORNEYS AT LAW ▪ WWW.GTLAW.COM
1840 Century Park East ▪ Suite 1900 ▪ Los Angeles, CA 90067 ▪ Tel 310.586.7700 ▪ Fax 310.586.7800