

Joshua L. Raskin
Tel. (212) 801-6930
Fax (212) 801-6400
raskinj@gtlaw.com

October 14, 2015

**VIA HAND DELIVERY**

The Honorable Kiyo A. Matsumoto
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  <u>Carson Optical, Inc. v. eBay, Inc.,</u> No. 15 CV 3793 (KAM)(SIL)

Dear Judge Matsumoto:

    We represent defendant eBay, Inc. in the above-referenced action. Pursuant to your Honor's Individual Practice Rules I.A., II.A., IV.C.1(a) and (c), and the Court's September 15. 2015 Order, enclosed are Courtesy Copies of documents that have been electronically filed on October 13, 2015.

1. Letter to Honorable Judge Kiyo A. Matsumoto dated October 13, 2015

2. Notice of Defendant eBay Inc.'s Motion to Dismiss the Complaint Pursuant to FED. R. Civ. P. 12(b)(6), served on September 15, 2015

3. Memorandum of Law in Support of Defendant's Motion to Dismiss, served on September 15, 2015

4. Declaration of Justin MacLean In Support of Defendant's Motion to Dismiss with Supporting Exhibits 1-7, served on September 15, 2015

5. Plainitiff's Carson Optical's Memorandum of Law In Opposition to eBay's Motion to Dismiss, served on October 6, 2015

6. Reply Memorandum of Law in Support of Defendant's Motion to Dismiss served on October 13, 2015.

Respectfully Submitted,

*[signature]*

cc: Counsel of Record (via email)

Encs.

*LA 132331901v1*

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN"
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME"
SACRAMENTO
SAN FRANCISCO
SEOUL∞
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO¤
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

*OPERATES AS
GREENBERG TRAURIG MAHER LLP
+OPERATES AS
GREENBERG TRAURIG, S.C.
"STRATEGIC ALLIANCE
"OPERATES AS
GREENBERG TRAURIG LLP
FOREIGN LEGAL CONSULTANT OFFICE
^A BRANCH OF
GREENBERG TRAURIG, P.A.
FLORIDA, USA
¤OPERATES AS
GREENBERG TRAURIG HORITSU JIMUSHO
~OPERATES AS
GREENBERG TRAURIG GRZESIAK SP.K.

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
MetLife Building ■ 200 Park Avenue ■ New York, NY 10166 ■ Tel 212.801.9200 ■ Fax 212.801.6400